On petition for review filed August 8, review allowed, the decision of the Court of Appeals vacated and remanded to Court of Appeals for reconsideration November 8, 1990

Don MARCOULIER,
*Petitioner on Review,*

*v.*

Jerry UMSTED,
*Respondent on Review.*

Jerry UMSTED,
*Respondent on Review,*

*v.*

Don MARCOULIER
and Felix Marcoulier,
*Petitioners on Review,*

*and*

Harvey STEEN,
*Third-Party Defendant.*

(TC 37726; CA A48775; SC S37374)

800 P2d 299

David Gernant, Portland, filed the petition on behalf of petitioners on review.

No appearance *contra.*

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for reconsideration in light of this court's opinion in *State v. Olmstead,* 310 Or 455, 800 P2d 277 (1990).